IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY D. CLARK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-0675 |
| | ) Chief Judge Haynes |
| VIACOM INTERNATIONAL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

The case management conference in this action is **re-set for Friday, February 1, 2013 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _22nd_ day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court