IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY D. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:12-cv-0675 |
| | ) | |
| v. | ) | JUDGE HAYNES |
| | ) | |
| VIACOM INTERNATIONAL, INC., | ) | Jury Demand |
| VIACOM MEDIA NETWORKS, | ) | |
| MTV NETWORKS ENTERPRISES, | ) | |
| INC., JIM CANTIELLO, and | ) | |
| JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF
AGREED ORDER TO EXTEND CASE DEADLINES**

[handwritten: Granted / This motion is granted / 6-28-13]

The parties respectfully move the Court for entry of the Agreed Order to Extend Case Deadlines attached hereto as Exhibit 1. As grounds for this Motion, the parties state as follows:

1. This Court entered its Case Management Order No. 1 on August 27, 2012. (Doc. No. 13).

2. Among other things, the Case Management Order No. 1 set a discovery deadline for June 14, 2013. (*Id.* at page 4).

3. The parties, however, have yet to engage in the discovery process as the four-corners of Plaintiffs' Complaint have yet to be finally determined.

4. The parties filed a Joint Stipulation with the Court on June 17, 2013, providing that they had agreed to extend all of the deadlines in the case by five months and that they had further agreed that these deadlines would be tolled during the pendency of all outstanding motions. (Doc. No. 91).