IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY D. CLARK and JAERED ANDREWS, | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil No. 3:12-cv-0675<br>) |
| v. | ) JUDGE HAYNES<br>) |
| VIACOM INTERNATIONAL INC., VIACOM MEDIA NETWORKS, VIACOM INC., and JIM CANTIELLO, | ) Jury Demand<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendants Viacom International Inc., Viacom Inc., Viacom Media Networks, and Jim Cantiello (collectively "Defendants") respectfully move this Court for permission to file a Reply brief of fifteen (15) pages or less in further support of their Motion to Dismiss Plaintiffs' Second Amended Complaint. Defendants propose to file their Reply brief on or before April 4, 2014. Counsel for Defendants has conferred with Plaintiffs' counsel and confirmed that Plaintiffs do not oppose this Motion. In further support of this Motion, Defendants state as follows:

1. On February 8, 2014, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint. (Doc No. 110). Plaintiffs filed their Response to this Motion on March 13, 2013. (Doc. No. 113).

2. This Court's Case Management Order, entered on August 27, 2012, provides with respect to dispositive motions that, "No reply shall be filed to any response unless invited by the Court." (Doc. No. 13).

3. As such, Defendants respectfully request that the Court permit Defendants to file a Reply brief to address succinctly the legal issues raised by Plaintiffs' Response. Defendants